ALLEN B. GRODSKY (SBN 111064)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com (e-mail)

Attorneys for Plaintiff
Net Wave, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET WAVE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VCA LABS, INC., a California corporation, LFP VIDEO, INC., a California corporation; LFP INTERNET GROUP, LLC, a California limited liability company; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. CV06-2065 RSWL (Ex) <br><br> Hon. Ronald S. W. Lew <br> Ctrm 21 <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> (JS 6) |

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

Dated: February 19, 2008

_____
Honorable Ronald S.W. Lew
United States District Court Judge